

```
┌─────────────────────────────────┐
│ USDC SDNY                       │
│ DOCUMENT                        │
│ ELECTRONICALLY FILED            │
│ DOC #:_____            │
│ DATE FILED: 03/03/2025          │
└─────────────────────────────────┘
```

68-29 Main Street,

Flushing, New York 11367

Tel.: +1 (718) 914-9694

acohen@ealg.law

**Equal Access Law Group, PLLC**

**MEMO ENDORSED**

<u>**VIA ECF**</u>
Hon. Judge Jennifer H. Rearden
United States District Judge
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

March 3, 2025

Re:   <u>Case no. 1:24-cv-9433, Sumlin v. Rosa Mexicano Brands, Inc.</u>
      <u>Letter requesting to Postpone Initial Conference</u>

Dear Judge Rearden:

The undersigned represents Dennis Sumlin, the plaintiff in the above-referenced matter.

<u>We are writing to respectfully request a postponement of the Initial Conference currently scheduled for March 4, 2025, at 12:00 PM in the above-referenced case. As of today, the defendant has not made any appearance in this case. In light of this, we are preparing to move forward with a motion for default judgment.</u>

Given the lack of defendant's participation, we believe it would be prudent to postpone the Initial Conference until the motion for default is resolved or further developments occur. We kindly request the Court's guidance on rescheduling the conference, if necessary.

Thank you for your time and consideration of this request.

Respectfully Submitted,

*Asher Cohen* (signature)

Asher H. Cohen, Esq.
*Attorney for Plaintiff*

---

**APPLICATION GRANTED:** The Initial Case Management Conference scheduled for <u>March 4, 2025</u> is hereby adjourned.  Any motion for default judgment should be filed within 30 days and Plaintiff shall serve a copy of any such motion on Defendant, and file proof of service of same on the docket.

APPLICATION GRANTED

*Katharine H. Parker* (signature)

Hon. Katharine H. Parker, U.S.M.J.

03/03/2025