**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------X

DENNIS SUMLIN,

                    Plaintiff,

         -against-

ROSA MEXICANO BRANDS, INC.,

                  Defendant.

------------------------------------------------------------------X

**24-CV-9433 (JHR) (KHP)**

**ORDER**

**KATHARINE H. PARKER, United States Magistrate Judge:**

In light of the Court's amended referral Order at ECF No. 27, Plaintiff is directed to submit evidence and briefing on any additional damages sought by **March 25, 2026**.

     **SO ORDERED.**

DATED:     New York, New York
            February 25, 2026

_____
KATHARINE H. PARKER
United States Magistrate Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___2/25/2026